FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 DEC 17 AM 11: 57

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
) INFORMATION NO. CR113-274
v. )
) Vio: 18 U.S.C. §1594
SHELICA JESSICA DANIELS, ) Conspiracy to Engage in
aka "Red" and "Nina" ) Sex Trafficking of a Minor
)
Defendant. )

## COUNT ONE
**(Conspiracy to Engage in Sex Trafficking of a Minor)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about August 13, 2013, and prior thereto, the exact beginning date being unknown, and continuing until on or about August 26, 2013, in Richmond County and elsewhere, within the Southern District of Georgia, the defendant herein:

**SHELICA JESSICA DANIELS, aka "Red" and "Nina,"**

conspired with one or more other persons (1) to knowingly recruit, entice, harbor, transport, provide, obtain and maintain by some means a person, that is a girl having the initials V.B.H., and (2) to receive anything of value from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained in and affecting interstate or foreign commerce, a person, that is a girl having the initials V.B.H., knowing that V.B.H. had not attained the age of 18 years

and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1594(c).

Edward J. Tarver
United States Attorney

James D. Durham
First Assistant United States Attorney

Nancy C. Greenwood (Lead Counsel)
Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

# VERDICT

We, the jury find the defendant, ____________________________________________

this_________day of ______________________________, 2013.

______________________________
*Foreman*

# PLEA

The defendant, __________________________, waives arraignment and pleads_________________________________

In open Court, this ___________day of ________________, 2013.

______________________________
*Counsel for Defendant*

______________________________
*Defendant*

CR113 274

No. CR

United States District Court
Southern District of Georgia
Augusta Division

UNITED STATES

vs.

SHELICA JESSICA DANIELS

INFORMATION

FOR

18 U.S.C. § 1594

Filed in open Court this 17th day of ~~November~~ December, 2013.

[signature]
*Deputy Clerk*

EDWARD J. TARVER
*United States Attorney*

USA-40-21-3

# PLEA

The defendant(s)______________________________________________________________

________________________________________________________________________________

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

____________________________________________

In open Court this _____________day of ___________________________, 2013.

______________________________
______________________________
______________________________
______________________________

Witness:

______________________________
*Clerk, United States Courts*